1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY KARRER,

                   Plaintiff,

    vs.

WALSH CONSTRUCTION COMPANY II
LLC et al.,

                  Defendants.

CASE NO.: 2:23-00991-JLR

**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO SUBMIT INITIAL DISCLOSURES**

NOTE ON MOTION CALENDAR: AUGUST 25, 2023

## I.  STIPULATION

Pursuant to Local Rules 7(j) and 10(g), Plaintiff MARY KARRER, ("Plaintiff") and Defendant WALSH CONSTRUCTION COMPANY II LLC, and WALSH CONSTRUCTION GROUP, LLC ("Defendants") hereby respectfully submit this stipulated motion for an extension of time to submit Initial Disclosures and Joint Status Report and Discovery Plan, in support thereof, state as follows:

1.      The following deadlines for initial disclosure and submission of the Joint Status Report and Discovery Plan are in place: (1), Initial Disclosures Pursuant to FRCP 26(a)(1): August 23, 2023; and (2) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): August 30, 2023.  ECF No. 16.

STIPULATION AND [~~PROPOSED~~]
ORDER RE: EXTENSION OF TIME - 1
NO. 2:23-cv-00991-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1

2     2.     The Parties held an initial conference on August 4, 2023 to discuss the issues that

3  are the subject of the Joint Status Report. Counsel for the Parties have worked together many

4  times and do not anticipate any unusual issues. The Parties have outlined already outlined a plan

5  to create the Joint Status Report, but need a little more time to produce documents and create the

   report.

6     3.     As such, in light of the above and subject to Court approval, the Parties stipulate

7  and agree, subject to Court approval, that the deadlines for initial disclosure and submission of

8  the Joint Status Report and Discovery Plan be extended as follows: (1) Initial Disclosures

9  Pursuant to FRCP 26(a)(1): September 8, 2023; and (2) Combined Joint Status Report and

10 Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): September 15, 2023.

11    WHEREFORE, the Parties respectfully request that this stipulated motion be granted and

12 that the deadlines for initial disclosure and submission of the Joint Status Report and Discovery

13 Plan be extended as follows: (1), Initial Disclosures Pursuant to FRCP 26(a)(1): September 8,

14 2023; and (2) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and

15 Local Civil Rule 26(f): September 15, 2023.

16    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 25th day of

17 August, 2023.

18

19 EMERY REDDY PLLC                         GORDON REES SCULLY MANSUKHANI,
                                            LLP
20

21 */s/ Patrick B. Reddy*_____           */s/ Sarah Turner*_____
   Patrick B. Reddy, WSBA # 34092           */s/ Robert L. Gillette*_____
22 600 Stewart St, Ste 1100                 Sarah Turner, WSBA # 37748
   Seattle, WA 98101                        Robert L. Gillette, II, WSBA # 44212
23 reddy@emeryreddy.com                     701 Fifth Avenue, Suite 2100
   ***Attorney for Plaintiff***             Seattle, Washington 98104
24                                          sturner@grsm.com
                                            rgillette@grsm.com
25                                          ***Attorneys for Defendants***

26

   STIPULATION AND [~~PROPOSED~~]           **GORDON REES SCULLY**
   ORDER RE: EXTENSION OF TIME - 2          **MANSUKHANI, LLP**
   NO. 2:23-cv-00991-JLR                    701 Fifth Avenue, Suite 2100
                                            Seattle, WA  98104
                                            Telephone: (206) 695-5115
                                            Facsimile: (206) 689-2822

1
2
3

**ORDER**

4      It is so ORDERED:

5      The deadlines for initial disclosure and submission of the Joint Status Report and

6  Discovery Plan per ECF No. 43 are extended as follows: (1) Initial Disclosures Pursuant to

7  FRCP 26(a)(1): September 8, 2023; and (2) Combined Joint Status Report and Discovery Plan as

8  Required by FRCP 26(f) and Local Civil Rule 26(f): September 15, 2023.

9

10      Dated this 28th day of August, 2023.

11
12
13                                    _____
14                                    HONORABLE JAMES L. ROBART
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND [~~PROPOSED~~]
ORDER RE: EXTENSION OF TIME - 3
NO. 2:23-cv-00991-JLR

**GORDON REES SCULLY**
**MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822